IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RALPH W. BOYD                                                                                    PLAINTIFF

V.                                                                         CIV. ACTION NO. 1:16-CV-107-SA-DAS

BELMONT HOUSING CORPORATION                                                     DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Report and Recommendations [13] of the United States Magistrate Judge dated September 2, 2016, was on that date duly served on the plaintiff via United States Mail. The plaintiff has acknowledged his receipt of the same, more than fourteen days have elapsed since service of the Report and Recommendations, and the Parties have not filed any objections. The court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the Court. It is therefore ORDERED:

1. That the Report and Recommendations of the United States Magistrate Judge dated September 2, 2016, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the court.

2. The plaintiff's complaint is DISMISSED without prejudice. Having failed to set forth any cause of action or claim cognizable under the court's federal question jurisdiction, the court lacks subject matter jurisdiction over this action.

This CASE is CLOSED.

SO ORDERED, on this the 31st day of October, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE